772 A.2d 925

ASSOCIATES HOME EQUITY SERVICES, INC., ET AL., PLAINTIFFS–RESPONDENTS v. BEATRICE TROUP, ET AL., DEFENDANTS–MOVANTS.

March 14, 2001.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.